No. 10700.   SKAGGS DRUG CENTERS, INC., a corporation, PETITIONER, v. MONTANA LIQUOR CONTROL BOARD et al., RESPONDENTS.

387 P.2d 302.

Decided November 6, 1963.

Howard A. Johnson (argued), Butte, Keith P. Johnson, John A. Alexander, Butte, for petitioner.

PER CURIAM.

This is an original proceeding seeking an alternative writ of mandate, writ of review, or other appropriate writ.

The application for the writ is denied and the proceeding ordered dismissed without prejudice.